UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM H. HORNE IV,

      Plaintiff,

v.                                Case No.  2:24-cv-994-JLB-KCD

UNITED STATES
PENITENTIARY II,

      Defendant.
_____/

## ORDER

Plaintiff sent a letter to the Court asking it to reopen this case and allow him to pay his filing fee. (Doc. 8.) The request is **DENIED**. The Court dismissed this action on November 5, 2024 because Plaintiff's initial letter to the clerk (Doc. 1) was not a "complaint" and did not properly initiate an action. (Doc. 4.) Plaintiff was advised that he could refile this action (under a new case number) on the included civil rights complaint form. (Id.) The Court also advised Plaintiff that any future complaint should be sent to the Ocala Division of the District Court of the Middle District of Florida. (Id.)

In sum, if Plaintiff wishes to pursue his claims, he must file a new complaint on the Court's pre-approved complaint form in the correction division of the district court. The Court will not reopen this file.

**DONE AND ORDERED** in Fort Myers, Florida on November 20, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies: William H. Horne, IV